# ABNER TAYLOR, impleaded, &c.,

## *v.*

# ADONIRAM RIDDLE.

1. REPLEVIN — *description of property.* A variance between the property described in the affidavit and plaint in an action of replevin, and the proof, as where, in replevin for two bay horses, the proof shows one of them was a sorrel horse, is fatal.

568       Vennum v. Davis *et al.*       [April T.,

Opinion of the Court.    Syllabus.    Statement of the case.

Writ of Error to the Court of Common Pleas of the city of Aurora, Kane county; Hon. B. F. Parks, Judge, presiding.

The case is sufficiently stated in the opinion of the court.

Mr. Charles J. Metzner, for the plaintiff in error.

Mr. L. R. Wagner, for the defendant in error.

Mr. Justice Breese delivered the opinion of the Court:

This judgment must be reversed on one ground if no other. The plaint in replevin describes the property as two bay horses; the proof shows one of them was a sorrel horse. For this variance the judgment is reversed and the cause remanded.

*Judgment reversed.*